**IT IS SO ORDERED**
*[Signature] Judge James Ware*

3/19/2009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

------------------------------------------------- X

BELLATORE LLC,

                 Plaintiff,

       vs.

SILVER LANE ADVISORS LLC

                 Defendants.

------------------------------------------------- X

Case No. C08 05467 JW

**STIPULATION**

        **IT IS HEREBY STIPULATED AND AGREED** that the above captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

San Jose, California
March 11, 2009

NIXON PEABODY LLP

By: _____[signature]_____

Lisa M. Chapman, Esq.
200 Page Mill Road
Palo Alto, CA 94306
(650) 320-7700

Attorneys for Plaintiff

ZELLE HOFMAN VOELBEL & MASON LLP

By: _____[signature]_____

Chris T. Micheletti
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700

Attorneys for Defendants

SO ORDERED: All pending deadlines hearings and motions are terminated.  The Clerk shall close this file.

_____[signature: James Ware]_____
U.S.D.J.

Dated: March 19, 2009

SK 26160 0002 975973